# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3156
_____

BRETT SNODGRASS,

Appellant,

v.

DEPARTMENT OF HEALTH, BOARD
OF MEDICINE,

Appellee.

_____


On appeal from the Department of Health, Board of Medicine.
Zachariah P. Zachariah, M.D., Chair.

September 30, 2022


PER CURIAM.

AFFIRMED.

MAKAR, JAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brett Snodgrass, pro se, Appellant.

Marlene K. Stern, Senior Assistant Attorney General, and John Wilson, General Counsel, Florida Department of Health, Tallahassee, for Appellee.